UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLTON HOLMES | CIVIL ACTION |
| VERSUS | NUMBER: 17-10927 |
| JEFFERSON PARISH CORRECTION CENTER "KITCHEN CBM," ET AL. | SECTION: "A"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 2nd day of April, 2018.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE